# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated, | X : : | |
| Plaintiff, | : : | Civil Action No. 01-4048 |
| vs. | : : | |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : : : | |
| Defendants. | : X | |

### PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL C. SPENCER AND SUSAN M. GREENWOOD

Plaintiff, by and through his attorneys, Barrack Rodos & Baccine, hereby move for admission of Michael C. Spencer, Esq., and Susan M. Greenwood, Esq., *pro hac vice* and in support thereof state as follows:

1.    Mr. Spencer is a member in good standing of the Bar of the States of New York and California, the United States District Courts for the Southern and Eastern Districts of New York, and the Central District of California, and the United States Courts of Appeal for the Second, Third, Seventh, Eleventh, and DC Circuits.

2.    Mr. Spencer is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.

3.    Ms. Greenwood is a member in good standing of the Bar of the States of New York and New Jersey, and the United States District Court for the Southern and Eastern Districts of New York.

4.      Ms. Greenwood is not now, nor has she ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.

5.      A copy of Mr. Spencer's Affidavit in support of this Motion is attached hereto as Exhibit "A."

6.      A copy of Ms. Greenwood's Affidavit in support of this Motion is attached hereto as Exhibit "B."

7.      Plaintiff's counsel has conferred with Robert A. Nicholas, Esq., counsel for defendants, who stated that defendants have no objection to the within Motion.

WHEREFORE, plaintiff respectfully requests that this Court admit Michael C. Spencer and Susan M. Greenwood to practice before this Court in this matter and grant such further relief as it deems appropriate.

Dated: September __, 2002              BARRACK, RODOS & BACINE

                                       By:_____
                                              Jeffrey W. Golan
                                       3300 Two Commerce Square
                                       2001 Market Street
                                       Philadelphia, PA 19103
                                       (212) 963-0600

                                       Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey W. Golan, hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for *Pro Hac Vice* Admission of Michael C. Spencer and Susan M. Greenwood was served this _____ day of September, 2002, via first class mail, postage prepaid, addressed as follows on Robert A. Nicholas, Reed Smith LLP, 2500 One Liberty Place, Philadelphia, PA 19103.

_____

JEFFREY W. GOLAN