UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION,<br><br>      Defendants. | Civil Action No. 01-4048 |

**PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL C. SPENCER AND SUSAN M. GREENWOOD**

Plaintiff, by and through his attorneys, Barrack Rodos & Baccine, hereby move for admission of Michael C. Spencer, Esq., and Susan M. Greenwood, Esq., *pro hac vice* and in support thereof state as follows:

1. Mr. Spencer is a member in good standing of the Bar of the States of New York and California, the United States District Courts for the Southern and Eastern Districts of New York, and the Central District of California, and the United States Courts of Appeal for the Second, Third, Seventh, Eleventh, and DC Circuits.

2. Mr. Spencer is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.

3. Ms. Greenwood is a member in good standing of the Bar of the States of New York and New Jersey, and the United States District Court for the Southern and Eastern Districts of New York.

4. Ms. Greenwood is not now, nor has she ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.

5. A copy of Mr. Spencer's Affidavit in support of this Motion is attached hereto as Exhibit "A."

6. A copy of Ms. Greenwood's Affidavit in support of this Motion is attached hereto as Exhibit "B."

7. Plaintiff's counsel has conferred with Robert A. Nicholas, Esq., counsel for defendants, who stated that defendants have no objection to the within Motion.

WHEREFORE, plaintiff respectfully requests that this Court admit Michael C. Spencer and Susan M. Greenwood to practice before this Court in this matter and grant such further relief as it deems appropriate.

Dated: September __, 2002                             BARRACK, RODOS & BACINE

                                                                                   By:_____
                                                                                       Jeffrey W. Golan
                                                                                3300 Two Commerce Square
                                                                                2001 Market Street
                                                                                Philadelphia, PA 19103
                                                                                (212) 963-0600

                                                                                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, Jeffrey W. Golan, hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for *Pro Hac Vice* Admission of Michael C. Spencer and Susan M. Greenwood was served this ____ day of September, 2002, via first class mail, postage prepaid, addressed as follows on Robert A. Nicholas, Reed Smith LLP, 2500 One Liberty Place, Philadelphia, PA 19103.

 

                                                                                 _____
                                                                                         JEFFREY W. GOLAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated, | X : : : |
| Plaintiff, | : Civil Action No. 01-4048 |
| vs. | : |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : : : : |
| Defendants. | X |

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL C. SPENCER AND SUSAN M. GREENWOOD

AND NOW, this ____ day of September, 2002, upon consideration of the Plaintiff's Unopposed Motion for *Pro Hac Vice* Admission of Michael C. Spencer, Esq., and Susan M. Greenwood, Esq., dated September __, 2002 (Document No. ___); the defendants' consent to the Motion; and the Court having read and considered the Motion, and having observed that Mr. Spencer and Ms. Greenwood are competent and qualified to serve as counsel for plaintiff and the Class,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Michael C. Spencer, Esq., and Susan M. Greenwood, Esq., are ADMITTED *pro hac vice* for this Action.

_____
HONORABLE JOHN R. PADOVA
SENIOR UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated, | X :<br>:<br>: |
| Plaintiff, | : Civil Action No. 01-4048 |
| vs. | : |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | :<br>:<br>: |
| Defendants. | X |

### AFFIDAVIT OF MICHAEL C. SPENCER

Personally appeared before me, Michael C. Spencer, who being duly sworn according to law, did depose and say:

1. I am a partner in the law firm of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss") and am engaged in the practice of law in the State of New York with an address at One Pennsylvania Plaza, New York, New York 10119.

2. I have been a member in good standing of the bar of the State of New York since 1978, and I am admitted to the federal bar for the United States District Courts for the Southern and Eastern Districts of New York and the Central District of California; and the United States Courts of Appeals for the Second, Third, Seventh, Eleventh, and DC Circuits.

3. I have not been suspended or disbarred from any court or from practicing before any bar, and I am a member in good standing of every bar to which I have ever been admitted.

4. I am familiar with the allegations and issues of the above-captioned matter.

- 1 -

5. I will familiarize myself with the Local Rules of Civil Procedure, and I agree to abide by the ethical standards governing the practice of law in this Court.

6. I agree that this Court has jurisdiction over any alleged misconduct in all matters related to this action.

7. Francis Santiago is a client of Milberg Weiss and the firm has been retained by Plaintiff in conjunction with this litigation and related matters. Ms. Greenwood and I are familiar with this litigation, and our admission *pro hac vice* will result in substantial benefit to Plaintiff and the Class Members.

_____
Michael C. Spencer

Sworn to before me this
\_\_\_\_ day of September, 2002

_____
Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION,<br><br>Defendants. | Civil Action No. 01-4048 |

### AFFIDAVIT OF SUSAN M. GREENWOOD

Personally appeared before me, Susan M. Greenwood, who being duly sworn according to law, did depose and say:

1. I am an associate at the law firm of Milberg Weiss Bershad Hynes & Lerach LLP ("Milberg Weiss") and am engaged in the practice of law in the State of New York with an address at One Pennsylvania Plaza, New York, New York 10119.

2. I have been a member in good standing of the bars of the State of New York and New Jersey since 1998, and I am admitted to the federal bar for the United States District Courts for the Southern and Eastern Districts of New York.

3. I have not been suspended or disbarred from any court or from practicing before any bar, and I am a member in good standing of every bar to which I have ever been admitted.

4. I am familiar with the allegations and issues of the above-captioned matter.

5. I will familiarize myself with the Local Rules of Civil Procedure, and I agree to abide by the ethical standards governing the practice of law in this Court.

6. I agree that this Court has jurisdiction over any alleged misconduct in all matters related to this action.

7. Francis Santiago is a client of Milberg Weiss and the firm has been retained by Plaintiff in conjunction with this litigation and related matters. Mr. Spencer and I are familiar with this litigation, and our admission *pro hac vice* will result in substantial benefit to Plaintiff and the Class Members.

_____
Susan M. Greenwood

Sworn to before me this
\_\_\_\_ day of September, 2002

_____
Notary Public