UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 02 CV 4048 |
| vs. | : : : | |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : : : : : | |
| Defendants. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
*PRO HAC VICE* ADMISSION OF LON D. PACKARD,
CRAIG H. JOHNSON, JOANN SHIELDS AND GREGORY N. HOOLE**

Plaintiff, by and through his attorneys, Barrack, Rodos & Bacine, hereby moves for admission of Lon D. Packard, Esq., Craig H. Johnson, Esq. Joann Shields, Esq. and Gregory N. Hoole, Esq., *pro hac vice* and in support thereof states as follows:

1. Mr. Packard is a member in good standing of the Bar of the States of California and Utah, the United States Supreme Court, the United States District Court for the Central, Northern and Eastern Districts of California, the United States District Court for the District of Utah, and the United States District Court for the Northern District of Texas. He is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction. A copy of Mr. Packard's Affidavit in support of this Motion is attached hereto as Exhibit "A."

1

2.	Mr. Johnson is a member in good standing of the Bar of the States of California and Utah, the United States Supreme Court, the United States District Court for the Central and Southern Districts of California, the United States District Court for the District of Utah, and the United States District Court for the Northern District of Texas.  He is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.  A copy of Mr. Johnson's Affidavit in support of this Motion is attached hereto as Exhibit "B."

3.	Ms. Shields is a member in good standing of the Bar of the state of Utah, the United States Supreme Court, the United States District Court for the District of Utah, and the United States Court of Appeals for the Tenth Circuit.  She is not now, nor has she ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.  A copy of Ms. Shield's Affidavit in support of this Motion is attached hereto as Exhibit "C."

4.	Mr. Hoole is a member in good standing of the Bar of the State of Utah, the Utah Supreme Court, the United States District Court for the District of Utah, and the United States Court of Appeals for the Armed Forces.  He is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction.  A copy of Mr. Hoole's Affidavit in support of this Motion is attached hereto as Exhibit "D."

5.	Plaintiff's counsel has conferred with Robert A. Nicholas, Esq., counsel for defendants, who stated that defendants have no objection to the within Motion.

WHEREFORE, plaintiff respectfully requests that this Court admit Lon D. Packard, Craig H. Johnson, Joann Shields and Gregory N. Hoole to practice before this Court in this matter and grant such further relief as it deems appropriate.

Dated: November 13, 2002                              BARRACK, RODOS & BACINE

                                                      By:_____
                                                          Jeffrey W. Golan
                                                      3300 Two Commerce Square
                                                      2001 Market Street
                                                      Philadelphia, PA  19103
                                                      (215) 963-0600

                                                      **Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 02 CV 4048 |
| vs. | : : : | |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : : : : : | |
| Defendants. | : : | |

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF LON D. PACKARD, CRAIG H. JOHNSON, JOANN SHIELDS AND GREGORY N. HOOLE

AND NOW, this ____ day of _____, 2002, upon consideration of the Plaintiff's Unopposed Motion for *Pro Hac Vice* Admission of Lon D. Packard, Craig H. Johnson, Joann Shields and Gregory N. Hoole, dated November 13, 2002; the defendants' consent to the Motion; and the Court having read and considered the Motion, and having observed that Mr. Packard, Mr. Johnson, Ms. Shields and Mr. Hoole are competent and qualified to serve as counsel for plaintiff and the Class,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Lon D. Packard, Craig H. Johnson, Joann Shields and Gregory N. Hoole are ADMITTED *pro hac vice* for this Action.

HONORABLE JOHN R. PADOVA
SENIOR U.S. DISTRICT JUDGE

## Certificate of Service

    I, Jeffrey W. Golan, hereby certify that a true and correct copy of the foregoing Plaintiff's Unopposed Motion for *Pro Hac Vice* Admission of Lon D. Packard, Craig H. Johnson, Joann Shields and Gregory N. Hoole along with the proposed Order were served this 13th day of November, 2002, via hand delivery, addressed as follows:

        Robert A. Nicholas, Esq.
        **Reed Smith LLP**
        2500 One Liberty Place
        1650 Market Street
        Philadelphia, PA  19103

                                                JEFFREY W. GOLAN