IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SANTIAGO, | : | |
| Plaintiff, | : | Civil Action No. 02-4048 |
| v. | : | |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL BRIEF**

      Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corporation (collectively "Defendants"), by their undersigned counsel, respectfully move the Court for leave to file a Supplemental Brief in Further Support of their Motion to Dismiss Plaintiff's Complaint. In support thereof, Defendants state the following:

      1.      This is a putative class action lawsuit involving allegations that Defendants violated section 8(b) of RESPA.

      2.      Defendants' Motion to Dismiss Plaintiff's Complaint is currently pending.

      3.      In their Motion, Defendants argued that a clear and decisive line of judicial authority rejects the interpretation of section 8(b) upon which Plaintiff relies.

      4.      No court in this Circuit has decided the precise issue presented by this Motion.

5. In response, Plaintiff made reference to several pending Circuit Court appeals to suggest that the Seventh Circuit – the leading contributor to section 8(b) jurisprudence – might reverse its position.

6. The case of <u>Krzalic v. Republic Title Company</u> was one of the decisions referenced by Plaintiff.

7. On December 26, 2002, after the parties had submitted their briefs, the Seventh Circuit issued its opinion in <u>Krzalic</u>.

8. Because of the importance of the <u>Krzalic</u> decision to the issues presented by Defendants' Motion, and in the interest of providing the Court with a full analysis of all authority relevant to these issues, Defendants respectfully request leave to file the short supplemental brief filed simultaneously with this Motion.

9. The interests of justice are furthered by making all relevant authority available to the Court – authority which was not available at the time the parties' submitted their briefs.

WHEREFORE, for these reasons, Defendants respectfully request that this Court grant Defendants leave to file the supplemental brief and enter the preceding proposed form of Order.

        Respectfully submitted,

        _____
        Robert A. Nicholas
        Leonard A. Bernstein
        Kevin M. Toth
        **REED SMITH LLP**
        2500 One Liberty Place
        1650 Market Street
        Philadelphia, PA 19103
        (215) 851-8100
        (215) 851-1420 telecopier

        Attorneys for Defendants
        GMAC Mortgage Group, Inc., GMAC
        Residential Holding Corp., and GMAC
        Mortgage Corporation.

Dated: December 31, 2002

## CERTIFICATE OF SERVICE

I certify that I caused to be served on this date a true and correct copy of the foregoing Defendants' Motion for Leave to File Supplemental Brief upon the following counsel in the manner noted below:

Leonard A. Barrack, Esquire
Daniel E. Bacine, Esquire
Jeffrey W. Golan, Esquire
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
**(VIA HAND DELIVERY)**

Michael C. Spencer, Esquire
Susan M. Greenwood, Esquire
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119
**(VIA OVERNIGHT MAIL)**

Kevin M. Toth

Dated: December 31, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS SANTIAGO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-4048 |
| | : | |
| vi. | : | |
| | : | |
| GMAC MORTGAGE GROUP, INC., | : | |
| GMAC RESIDENTIAL HOLDING | : | |
| CORP., and GMAC MORTGAGE | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this        day of              , 2003, upon consideration of Defendants' Motion for Leave to File a Supplemental Brief based on judicial authority not available at the time of filing its Motion to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.  Defendants' supplemental brief shall be deemed filed *nunc pro tunc* December 31, 2002.

BY THE COURT:

_____
James Knoll Gardner, J.