IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
FRANCIS SANTIAGO,              )
  ON BEHALF OF HIMSELF AND ALL )
  OTHERS SIMILARLY SITUATED,   )  Civil Action
                               )  No. 02-CV-04048
              Plaintiff        )
                               )
         v.                    )
                               )
GMAC MORTGAGE GROUP, INC.,     )
                               )
GMAC RESIDENTIAL HOLDING       )
  CORP., and                   )
                               )
GMAC MORTGAGE CORPORATION      )
                               )
              Defendants       )
                               )
```

ORDER

Now, this 30th day of September, 2003, upon consideration of the Motion of Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corp. to Dismiss Plaintiff's Complaint, which motion was filed September 6, 2002; upon consideration of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss, which memorandum was filed October 25, 2002; upon consideration of the Reply Brief in Further Support of the Motion of Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corp. to Dismiss Plaintiff's Complaint, which reply brief was filed November 12, 2002; upon consideration of the Supplemental Brief in Further Support of the Motion of Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage

Corp. to Dismiss Plaintiff's Complaint, which supplemental brief was filed December 31, 2002; upon consideration of the Complaint filed June 24, 2002; and for the reasons expressed in the accompanying Opinion,

  IT IS ORDERED that defendants' motion is granted.

  IT IS FURTHER ORDERED that plaintiff's Complaint is dismissed.

           BY THE COURT:


           _____
           James Knoll Gardner
           United States District Judge