### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION,<br><br>　　　　　　Defendants. | X<br>:<br>:<br>:<br>:  Civil Action<br>:  No. 02-CV-04048<br>:<br>:<br>:<br>:<br>:<br>:X |

### PLAINTIFF'S NOTICE OF APPEAL TO THE
### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

　　Notice is hereby given that plaintiff Francis Santiago, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and Opinion entered on October 1, 2003, dismissing plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and declining jurisdiction over pendant state claims in the Complaint.

　　The other parties to the Order and Opinion, and their attorneys are:

**Counsel for Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corporation:**

Reed Smith LLP
Robert A. Nicholas
Leonard A. Bernstein
Kevin M. Toth
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Dated: October 28, 2003						Respectfully submitted,

**BARRACK RODOS & BACINE**


By: _____
Leonard A. Barrack
Daniel E. Bacine
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

**MILBERG WEISS BERSHAD HYNES
  & LERACH LLP**
Michael C. Spencer
Susan M. Greenwood
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**MILBERG WEISS BERSHAD HYNES
  & LERACH LLP**
John J. Stoia, Jr.
Timothy G. Blood
Helen I. Zeldes
Alreen Haeggquist
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058

**PACKARD, PACKARD & JOHNSON**
Craig H. Johnson
Lon D. Packard
Joann Shields
2795 Cottonwood Parkway, Suite 600
Salt Lake City, UT 84121
(801) 428-9000

Von G. Packard
Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
(650)947-7300

**NIX, PATTERSON & ROACH**
Cary Patterson
Nelson Roach
Brady Paddock
Michael Angelovich
2900 St. Michael Drive, 5th Floor
Texarkana, TX 75503
(903) 223-3999

**THE LAW OFFICES OF MICHAEL E. HUBER**
Michael E. Huber
8170 S. Highland Drive, Suite E5
Sandy, UT 84093
(801)733-5807