IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS SANTIAGO

C.A. 02-4048
District Court Docket Number

vs.

GMAC MORTGAGE GROUP. INC. ET AL

Notice of Appeal Filed  10/28/03
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  _X_ Paid  __Not Paid   __Seaman
    Docket Fee        _X_ Paid  __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                  Mrs. Norman
              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm