IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| FRANCIS SANTIAGO, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 02-4048 |
| | : | |
| v. | : | |
| | : | |
| GMAC MORTGAGE GROUP, INC., | : | |
| GMAC RESIDENTIAL HOLDING | : | |
| CORP., and GMAC MORTGAGE | : | |
| CORPORATION, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF FILING OF PETITION FOR REHEARING AND REHEARING EN BANC
BEFORE THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Defendants, GMAC Mortgage Group, Inc., GMAC Residential Holding Corporation, and

GMAC Mortgage Corporation hereby give notice that on August 18, 2005, they filed a Petition

for Rehearing and Rehearing En Banc with the United States Court of Appeals For The Third

Circuit.  A copy of the Petition is attached hereto.

                                                 "s"/Louis W. Schack

Robert A. Nicholas
Leonard A. Bernstein
Louis W. Schack
**REED SMITH** LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100
Attorneys for Defendants GMAC Mortgage
Group, Inc., GMAC Residential Holding
Corp., and GMAC Mortgage Corporation

Dated:  September 8, 2005

## **CERTIFICATE OF SERVICE**

I certify that, on this date, a true and correct copy of the foregoing Notice was

served via UPS overnight, on the following:

Michael C. Spencer
Susan M. Greenwood
Milberg, Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119

Craig H. Johnson
Lon D. Packard
Packard, Packard & Johnson
2795 E. Cottonwood Pkwy, Suite 600
Salt Lake City, Utah 84121

Dated: September 8, 2005

_____"s"/Louis W. Schack___
Louis W. Schack