UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
FRANCIS SANTIAGO, on behalf of himself and    :
all others similarly situated,                :
                                              :  Civil Action No. 02-CV-04048
                     Plaintiff,               :
           vs.                                :
                                              :
GMAC MORTGAGE GROUP, INC., GMAC               :  **ELECTRONICALLY FILED**
RESIDENTIAL HOLDING CORP., and GMAC           :
MORTGAGE CORPORATION,                         :
                                              :
                     Defendants.              :
---------------------------------------------------------------x

**PLAINTIFF'S UNOPPOSED MOTION FOR
*PRO HAC VICE* ADMISSION OF BARRY A. WEPRIN & JENNIFER L. YOUNG**

Plaintiff, by and through his attorneys, Barrack, Rodos & Bacine, hereby moves for admission of Barry A. Weprin, Esq. and Jennifer L. Young, Esq., *pro hac vice* and in support thereof states as follows:

1.   Mr. Weprin is a member in good standing of the Bar of the State of New York. He is not now, nor has he ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction. A copy of Mr. Weprin's Affidavit in support of this Motion is attached hereto as Exhibit "A."

2.   Ms. Young is a member in good standing of the Bar of the State of New York. She is not now, nor has she ever been, under suspension or disbarment from any Court or subject to disciplinary proceedings in any jurisdiction. A copy of Ms. Young's Affidavit in support of this Motion is attached hereto as Exhibit "B."

3.   Plaintiff's counsel has conferred with Louis Schack, Esq., counsel for Defendants, who stated that Defendants have no objection to the within Motion.

2

WHEREFORE, Plaintiff respectfully requests that this Court admit Barry A. Weprin and Jennifer L. Young to practice before this Court in this matter and grant such further relief as it deems appropriate. A Proposed Order is attached hereto as Exhibit "C."

DATED: January 6, 2006        Respectfully submitted,

                              BARRACK, RODOS & BACINE


                              By:    /S/
                                  Jeffrey W. Golan
                                  3300 Two Commerce Square
                                  2001 Market Street
                                  Philadelphia, PA  19103
                                  (215) 963-0600

                              **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Jeffery W. Golan, hereby certify that a true and correct copy of the foregoing Plaintiff's Unopposed Motion for *Pro Hac Vice* Admission of Barry A. Weprin & Jennifer L. Young, the Affidavits of Barry A. Weprin and Jennifer L. Young, and a proposed Order were served this 6th day of January 2006, via first class mail, postage prepaid, addressed as follows on:

> Kevin M. Toth
> Robert A. Nicholas
> Louis Schack
> Reed Smith LLP
> 2500 One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19103

                                                /s/
                                      JEFFREY W. GOLAN