```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS SANTIAGO,                 )
  On behalf of himself and all    )
  others similarly situated,      )  Civil Action
                                  )  No. 02-CV-04048
            Plaintiff             )
                                  )
       vs.                        )
                                  )
GMAC MORTGAGE GROUP, INC.,        )
GMAC RESIDENTIAL HOLDING          )
  CORP., and                      )
GMAC MORTGAGE CORPORATION         )
                                  )
            Defendants            )
```

O R D E R

NOW, this 19th day of January, 2006, upon consideration of Plaintiff's Unopposed Motion for *Pro Hac Vice* Admission of Barry A. Weprin & Jennifer L. Young, which motion was filed on January 6, 2006,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that Barry A. Weprin, Esquire is admitted to the bar of this court for the purpose of the within matter only.

IT IS FURTHER ORDERED that Jennifer L. Young, Esquire is admitted to the bar of this court for the purpose of the within matter only.

IT IS FURTHER ORDERED that Jeffrey W. Golan, Esquire shall act as associate counsel of record for Attorney Weprin and Attorney Young pursuant to the provisions of Rule 83.5.2 of the

Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

                        BY THE COURT:


                        <u>/s/ James Knoll Gardner</u>
                        James Knoll Gardner
                        United States District Judge