<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
FRANCIS SANTIAGO,                   )
  On behalf of himself and all     )
  others similarly situated,       )   Civil Action
                                    )   No. 02-CV-04048
              Plaintiff            )
                                    )
        vs.                         )
                                    )
GMAC MORTGAGE GROUP, INC.,          )
GMAC RESIDENTIAL HOLDING            )
  CORP., and                        )
GMAC MORTGAGE CORPORATION           )
                                    )
              Defendants            )
```

<u>ORDER</u>

NOW, this 31st day of January, 2006, upon consideration of the attached Agreed Upon Stipulation for Filing Answer, which stipulation was presented January 17, 2006,

<u>IT IS ORDERED</u> that the stipulation of the parties is approved.

<u>IT IS FURTHER ORDERED</u> that defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp. and GMAC Mortgage Corporation shall file any Answer and/or Affirmative Defense to plaintiff's Complaint on or before January 31, 2006.

BY THE COURT:


<u>/s/ James Knoll Gardner</u>
James Knoll Gardner
United States District Judge