IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, : | |
| : | |
| Plaintiff, : | Civil Action No. 02-4048 |
| : | |
| v. : | |
| : | |
| GMAC MORTGAGE GROUP, INC., : | |
| GMAC RESIDENTIAL HOLDING : | |
| CORP., and GMAC MORTGAGE : | |
| CORPORATION, : | |
| : | |
| Defendants. : | |

### AGREED UPON STIPULATION FOR FILING ANSWER

It is hereby STIPULATED and AGREED by and between the undersigned counsel that the Answer and Affirmative Defenses of Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corporation shall be filed on or before January 31, 2006.

_____
Leonard Barrack, Esquire
Daniel E. Bacine, Esquire
Jeffrey W. Golan, Esquire
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

Barry Weprin, Esquire
Jennifer Young, Esquire
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY 10019

_____
Robert A. Nicholas, Esquire
Louis W. Schack, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

Attorneys for Defendants
GMAC Mortgage Group, Inc.,
GMAC Residential Holding Corp.,
and GMAC Mortgage Corporation

- 2 -

(212) 594-5300

Attorneys for Plaintiff
Francis Santiago

APPROVED and SO ORDERED this        day of              , 2006.


_____
Honorable James Knoll Gardner

- 2 -