```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FRANCIS SANTIAGO,                  )
on Behalf of Himself and           ) Civil Action
All Others Similarly               ) No. 02-CV-04048
Situated,                          )
                                   )
            Plaintiffs             )
                                   )
       vs.                         )
                                   )
GMAC MORTGAGE GROUP, INC.;         )
GMAC RESIDENTIAL HOLDING           )
  CORP.;                           )
GMAC MORTGAGE CORPORATION,         )
                                   )
            Defendants             )

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 14th day of February, 2006,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457