IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, :<br>　　　　　Plaintiff, :<br>　v. :<br>GMAC MORTGAGE GROUP, INC., :<br>GMAC RESIDENTIAL HOLDING :<br>CORP., and GMAC MORTGAGE :<br>CORPORATION, :<br>　　　　　Defendants. : | Civil Action No. 02-4048 |

### JOINT MOTION FOR A PROTECTIVE ORDER

Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corporation (collectively, "Defendants"), and Plaintiff, Francis Santiago, move, pursuant to Fed. R. Civ. P. 26(c), to file a Protective Order, and in support of this motion state as follows:

　　1.　The parties anticipate the need for discovery involving the production and disclosure of confidential documents, data and other materials and information.

　　2.　Plaintiff and Defendants agree that there are certain categories of information that may be discovered in this litigation that contain sensitive information of a non-public nature which should not be generally available to the public. Such information and documents should be subject to the Protective Order attached hereto as Exhibit A.

　　3.　The parties submit that good cause exists for the entry of this Protective Order.

WHEREFORE, Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp.,

5927438v1 847607

and GMAC Mortgage Corporation (collectively, "Defendants"), and Plaintiff, Francis Santiago, respectfully request that this Court enter the Protective Order attached as Exhibit A.

Dated: April 17, 2006

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| *[signature]* | *[signature]* |
| Barry Weprin, Esquire | Robert A. Nicholas, Esquire |
| Jennifer L. Young, Esquire | Louis W. Schack, Esquire |
| MILBERG WEISS BERSHAD HYNES & LERACH LLP | REED SMITH LLP |
| One Pennsylvania Plaza | 2500 One Liberty Place |
| New York, NY 10119 | 1650 Market Street |
| | Philadelphia, PA 19103 |
| | (215) 851-8100 |

Leonard A. Barrack, Esquire
Daniel E. Bacine, Esquire
Jeffrey W. Golan, Esquire
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

5927438v1 847607