IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS SANTIAGO,                    )
  On behalf of himself and all    )
  others similarly situated,       )   Civil Action
                                                   )   No. 02-CV-04048
            Plaintiff            )
                                                   )
       vs.                           )
                                                   )
GMAC MORTGAGE GROUP, INC.,            )
GMAC RESIDENTIAL HOLDING              )
  CORP. and                           )
GMAC MORTGAGE CORPORATION,            )
                                                   )
            Defendants           )

\* \* \*

APPEARANCES:
       BARRY A. WEPRIN, ESQUIRE,
       JEFFREY W. GOLAN, ESQUIRE and
       JENNIFER L. YOUNG, ESQUIRE
           On behalf of Plaintiffs

       ROBERT A. NICHOLAS, ESQUIRE and
       LOUIS W. SCHACK, ESQUIRE
           On behalf of Defendants

\* \* \*

RULE 16 STATUS CONFERENCE ORDER

       NOW, this 28th day of April, 2006, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure; it appearing that the parties are actively engaged in settlement discussions with the assistance of Magistrate Judge Arnold C. Rapoport,

  IT IS ORDERED that the Clerk of Court shall place this matter into civil suspense until further Order of the undersigned.

               BY THE COURT:

               /s/ James Knoll Gardner
               James Knoll Gardner
               United States District Judge