IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS SANTIAGO                          :
                                          :
        vs.                               :   CIVIL ACTION NO. 02-4048
GMAC MORTGAGE GROUP, INC., et al:

**O R D E R**

NOW, this 25th day of May, 2006, after a settlement conference with Counsel and discussion on the record concerning discovery, it is hereby ORDERED that the defendants shall produce the following documents on or before June 29, 2006:

1. Any contracts entered into between defendants and third-party vendors pursuant to which services for flood certification, tax service, and funding/underwriting were provided to plaintiff Francis Santiago and members of the class for the period 1995 to present or provide an affidavit concerning the same;

2. documents demonstrating the amount of defendants' payments to third party vendors for flood certification, tax service, and funding/underwriting provided in connection with plaintiff Francis Santiago's settlement and in connection with the settlements of the class members for the period 1995 to present;

3. documents reflecting defendants' policies and procedures regarding payments to third party vendors for settlement services provided during the class period or provide an affidavit concerning the same;

    4. defendants shall notify the Court and the parties whether an affidavit stating that borrowers whose settlements occurred during the class period were charged the same amount for said services. Said affidavit shall be provided on or before June 29, 2006. In the event an affidavit cannot be produced, this discovery request will be revisited.

    5. defendants shall provide a written explanation of what the charges in question covered;

    IT IS FURTHER ORDERED that Plaintiffs shall provide a demand to defendants on or before June 29, 2006.

                            BY THE COURT:

                            /ss/ Arnold C. Rapoport

                            _____
                            ARNOLD C. RAPOPORT
                            United States Magistrate Judge