```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FRANCIS SANTIAGO,              )
on Behalf of Himself and       )   Civil Action
All Others Similarly           )   No. 02-CV-04048
Situated,                      )
                               )
            Plaintiffs         )
                               )
      vs.                      )
                               )
GMAC MORTGAGE GROUP, INC.;     )
GMAC RESIDENTIAL HOLDING       )
  CORP.;                       )
GMAC MORTGAGE CORPORATION,     )
                               )
            Defendants         )

HEARING SCHEDULING ORDER

NOW, this 18th day of August, 2006,

IT IS ORDERED that a class certification hearing is scheduled before Judge James Knoll Gardner on Thursday, February 1, 2007 and Friday, February 2, 2007, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania.

IT IS FURTHER ORDERED that not later than seven days before the hearing date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and

---

[1] The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; or by fax at (610) 434-3459.

by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by Judge Gardner.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457