```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FRANCIS SANTIAGO,                    )
on Behalf of Himself and             )   Civil Action
All Others Similarly                 )   No. 02-CV-04048
Situated,                            )
                                     )
            Plaintiffs               )
                                     )
      vs.                            )
                                     )
GMAC MORTGAGE GROUP, INC.;           )
GMAC RESIDENTIAL HOLDING             )
  CORP.;                             )
GMAC MORTGAGE CORPORATION,           )
                                     )
            Defendants               )

                        ORDER STRIKING HEARING

      NOW, this 5th day of January, 2007, it appearing that plaintiffs have not filed a motion for class certification on or before December 15, 2006 as directed in the Second Rule 16 Status Conference Order dated August 3, 2006, and filed September 1, 2006,

      IT IS ORDERED that the class certification hearing scheduled before Judge James Knoll Gardner on Thursday, February 1, 2007 and Friday, February 2, 2007, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, is stricken.


                              By:


                              /s/ Cheryl E. Sinclair
                              CHERYL E. SINCLAIR
                              Civil Deputy Clerk to
                              Judge James Knoll Gardner
                              Phone:  (610) 434-3457