# CERTIFICATE OF SERVICE

I, Louis W. Schack, Esquire, certify that a true and correct copy of the foregoing Joint Motion For Preliminary Approval of Class Action Settlement has been filed electronically today, January 12, 2007, and is available for viewing and downloading from the federal courts' Electronic Case Files system. A copy of the foregoing has been served today as stated below.

Barry A. Weprin, Esquire
Jennifer Young, Esquire
MILBERG WEISS & BERSHAD LLP
One Pennsylvania Plaza
New York, NY 10119
(via ECF and First Class Mail)

BARRACK, RODOS & BACINE
Jeffrey W. Golan, Esq.
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(via First Class Mail)

LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
(via First Class Mail)

PACKARD, PACKARD & JOHNSON
Craig H. Johnson
2795 Cottonwood Parkway, Suite 600
Salt Lake City, UT 84121
(via First Class Mail)

PACKARD, PACKARD & JOHNSON
Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
(via First Class Mail)

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
(via First Class Mail)

LAW OFFICES OF MARK E. BUTLER
Mark E. Butler
116 4th Place
Brooklyn, NY 11231-4513
(via First Class Mail)


"s"/Louis W. Schack
Louis W. Schack