IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO,<br>on Behalf of Himself and<br>All Others Similarly<br>Situated,<br><br>            Plaintiffs<br><br>     vs.<br><br>GMAC MORTGAGE GROUP, INC.;<br>GMAC RESIDENTIAL HOLDING<br>  CORP.;<br>GMAC MORTGAGE CORPORATION,<br><br>            Defendants | Civil Action<br>No. 02-CV-04048 |

NOTICE TO STRIKE JURY TRIAL ATTACHMENT

NOW, this 8th day of March, 2007, it appearing that the parties have presented a petition for approval of class action settlement,

IT IS ORDERED that the jury trial of the within case scheduled for Monday, April 16, 2007, at 9:30 o'clock a.m. to be conducted before Judge Gardner, is stricken.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457