## CERTIFICATE OF SERVICE

I, Louis W. Schack, Esquire, certify that a true and correct copy of the foregoing Amended Joint Motion for Preliminary approval of Class Action Settlement has been filed electronically today, March 20, 2007, and is available for viewing and downloading from the federal courts' Electronic Case Files system. A copy of the foregoing has been served today as stated below.

    Barry A. Weprin, Esquire
    Jennifer Young, Esquire
    MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
    One Pennsylvania Plaza
    New York, NY 10119
    (via ECF and First Class Mail)

    BARRACK, RODOS & BACINE
    Jeffrey W. Golan, Esq.
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    (via First Class Mail)

    LERACH COUGHLIN STOIA
     GELLER RUDMAN & ROBBINS LLP
    John J. Stoia, Jr.
    Timothy G. Blood
    Helen I. Zeldes
    401 B Street, Suite 1700
    San Diego, CA 92101
    (via First Class Mail)

    PACKARD, PACKARD & JOHNSON
    Craig H. Johnson
    2795 Cottonwood Parkway, Suite 600
    Salt Lake City, UT 84121
    (via First Class Mail)

    PACKARD, PACKARD & JOHNSON

Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
(via First Class Mail)

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
(via First Class Mail)

LAW OFFICES OF MARK E. BUTLER
Mark E. Butler
116 4th Place
Brooklyn, NY 11231-4513
(via First Class Mail)

"s"/Louis W. Schack