```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| FRANCIS SANTIAGO,<br>on Behalf of Himself and<br>All Others Similarly<br>Situated,<br><br>      Plaintiffs<br><br>    vs.<br><br>GMAC MORTGAGE GROUP, INC.;<br>GMAC RESIDENTIAL HOLDING<br>  CORP.;<br>GMAC MORTGAGE CORPORATION,<br><br>      Defendants | Civil Action<br>No. 02-CV-04048 |

### HEARING SCHEDULING ORDER

NOW, this 10th day of April, 2007,

    IT IS ORDERED that a hearing is scheduled before Judge James Knoll Gardner on Tuesday, August 7, 2007, at 10:00 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on the issues of class certification and proposed class action settlement.

    IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by Judge Gardner.


                                                                           By:

                                                  /s/ Cheryl E. Sinclair
                                                  CHERYL E. SINCLAIR
                                                  Civil Deputy Clerk to
                                                  Judge James Knoll Gardner
                                                  Phone:  (610) 434-3457