IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, : | |
| : | |
| Plaintiff, : | Civil Action No. 02-4048 |
| : | |
| v. : | |
| : | |
| GMAC MORTGAGE GROUP, INC., : | |
| GMAC RESIDENTIAL HOLDING : | |
| CORP., and GMAC MORTGAGE : | |
| CORPORATION, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

      Kindly enter my appearance as co-counsel on behalf of Defendants GMAC Mortgage Group, Inc., GMAC Residential Holding Corp., and GMAC Mortgage Corporation in the above-captioned matter.

                                                            "s"/ Shannon Elise McClure
                                                             Shannon Elise McClure (Pa. ID 164502)
                                                             **REED SMITH LLP**
                                                             2500 One Liberty Place
                                                             1650 Market Street
                                                             Philadelphia, PA 19103
                                                             (215) 851-8100

                                                             Attorney for Defendants

Dated: May 1, 2007

**CERTIFICATE OF SERVICE**

I, Shannon Elise McClure, hereby certify that a true and correct copy of the foregoing Notice of Appearance has been filed electronically this 1st day of May, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system. A copy of the foregoing has been served today upon the following counsel in the manner indicated below:

Barry A. Weprin, Esquire
Jennifer Young, Esquire
MILBERG WEISS & BERSHAD LLP
One Pennsylvania Plaza
New York, NY 10119
(via US mail)

Jeffrey W. Golan, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(via ECF)

John J. Stoia, Jr.
Timothy G. Blood
LERACH COUGHLIN STOIA
    GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA 92101
(via US mail)

Craig H. Johnson
PACKARD, PACKARD & JOHNSON
2795 Cottonwood Parkway, Suite 600
Salt Lake City, UT 84121
(via US mail)

Ronald D. Packard
PACKARD, PACKARD & JOHNSON
Four Main Street, Suite 200
Los Altos, CA 94022
(via US mail)

Michael E. Huber
LAW OFFICES OF MICHAEL HUBER
8170 South Highland Drive, Suite E5
Sandy, UT 84093
(via US mail)

Mark E. Butler
LAW OFFICES OF MARK E. BUTLER
116 4th Place
Brooklyn, NY 11231-4513
(via US mail)

Attorneys for Plaintiff and the Class


        "s"/Shannon Elise McClure
        Shannon Elise McClure