## CERTIFICATE OF SERVICE

I, Louis W. Schack, Esquire, certify that a true and correct copy of the foregoing Joint Motion to Approve Amended Class Action Settlement Notice and Explanatory Insert has been filed electronically today, May 8, 2007, and is available for viewing and downloading from the federal courts' Electronic Case Files system. A copy of the foregoing has been served today as stated below.

> Barry A. Weprin, Esquire
> Jennifer Young, Esquire
> MILBERG WEISS BERSHAD
>   HYNES & LERACH LLP
> One Pennsylvania Plaza
> New York, NY 10119
> (via ECF and First Class Mail)
>
> BARRACK, RODOS & BACINE
> Jeffrey W. Golan, Esq.
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> (via First Class Mail)
>
> LERACH COUGHLIN STOIA
>   GELLER RUDMAN & ROBBINS LLP
> John J. Stoia, Jr.
> Timothy G. Blood
> Helen I. Zeldes
> 401 B Street, Suite 1700
> San Diego, CA 92101
> (via First Class Mail)
>
> PACKARD, PACKARD & JOHNSON
> Craig H. Johnson
> 2795 Cottonwood Parkway, Suite 600
> Salt Lake City, UT 84121
> (via First Class Mail)

PACKARD, PACKARD & JOHNSON
Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
(via First Class Mail)

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
(via First Class Mail)

LAW OFFICES OF MARK E. BUTLER
Mark E. Butler
116 4th Place
Brooklyn, NY 11231-4513
(via First Class Mail)


"s"/Louis W. Schack