

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO,<br><br>    Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE GROUP, INC.,<br>GMAC RESIDENTIAL HOLDING<br>CORP., and GMAC MORTGAGE<br>CORPORATION,<br><br>    Defendants. | Civil Action No. 02-4048<br><br>FILED<br>MAY 11 2007<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### [PROPOSED] ORDER

AND NOW, this 11th day of May, 2007, this matter having come before the court upon the parties' Joint Motion to Approve Amended Class Action Settlement Notice and Explanatory Insert ("Joint Motion") submitted by Plaintiff Francis Santiago ("Plaintiff") and Defendants GMAC Mortgage Group, Inc. (n/k/a GMAC Mortgage Group, LLC), GMAC Residential Holding Corporation (n/k/a GMAC Residential Holding Company, LLC), and GMAC Mortgage Corporation (n/ka GMAC Mortgage, LLC) ("Defendants"), the Court hereby **ORDERS** that the motion is **GRANTED**:

1. The Court approves the Amended Class Action Settlement Notice and Explanatory Insert attached as Exhibits A and B, respectively, to the Joint Motion, to be directed to all Class Members.

2. Defendants will mail, or cause to be mailed, the Amended Class Action Settlement Notice and Explanatory Insert to all Class Members on or before May 19, 2007.

*[handwritten notations: mailed to: C. Johnson, J. Shields, D. Bucino, L. Packard, G. Hude, M. Spencer, H. Zelder, S. Greenwood, J. Bolun, T. Blood, M. Weinberg, K. Toth, L. Schuck, J. Young, Q. Nicholas, S. McClure; Faxed to: B. Cuepan]*

3. Any Class Members who desire to exclude themselves from the action must file a request for exclusion with the Clerk of the United States District Court for the Eastern District of Pennsylvania and serve copies of the request upon counsel for both Plaintiff and Defendants by July 24, 2007. Any Class Members who wish to object to the Settlement must submit an objection in writing to the Clerk of the United States District Court for the Eastern District of Pennsylvania and serve copies of the objection upon counsel for both Plaintiff and Defendants by July 24, 2007. Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement may also appear at the hearing and be heard on the fairness of the settlement.

4. A hearing on the fairness and reasonableness of the Settlement Agreement and whether final approval shall be given to it and the requests for fees and expenses by Class Counsel will be held at the United States District Court for the Eastern District of Pennsylvania, 504 Hamilton Street, Allentown, Pennsylvania 18101, on August 7, 2007, at 10:00 a.m.

BY THE COURT:

_____
HONORABLE JAMES KNOLL GARDNER, J.