IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO,<br><br>               Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE GROUP, INC.,<br>GMAC RESIDENTIAL HOLDING<br>CORP., and GMAC MORTGAGE<br>CORPORATION,<br><br>               Defendants. | Civil Action No. 02-4048 |

**JOINT MOTION FOR FINAL APPROVAL OF THE PROPOSED
SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS,
AND APPROVAL OF THE PROPOSED PLAN OF ALLOCATION**

Plaintiff, Francis Santiago, individually and on behalf of a settlement class, and Defendants, GMAC Mortgage Group, Inc. (n/k/a GMAC Mortgage Group, LLC), GMAC Residential Holding Corporation (n/k/a GMAC Residential Holding Company, LLC), and GMAC Mortgage Corporation (n/k/a GMAC Mortgage, LLC) jointly and respectfully submit this Joint Motion for Final Approval of the Proposed Settlement, Certification of the Settlement Class, and Approval of the Proposed Plan of Allocation ("Joint Motion"). The basis for this Joint Motion is fully set forth in the accompanying Memorandum of Law and the Declaration of Jennifer L. Young, which are being filed concurrently herewith and are incorporated herein by reference.

Dated: August 2, 2007

Respectfully submitted:

For Plaintiff's Counsel:

MILBERG WEISS LLP

_____
Jennifer L. Young
Barry A. Weprin
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

BARRACK, RODOS & BACINE
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

PACKARD, PACKARD & JOHNSON
Craig H. Johnson
2795 E. 2825 Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 428-9000
Facsimile: (801) 428-9090

Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
Telephone: (650) 947-7300
Facsimile: (650) 947-7301

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
Telephone: (801) 733-5807
Facsimile: (801) 733-0132

For Counsel for Defendants:

REED SMITH LLP

<u>"s"/Shannon Elise McClure</u>
Robert A. Nicholas
Louis W. Schack
Shannon E. McClure
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420