## CERTIFICATE OF SERVICE

      I, Shannon Elise McClure, hereby certify that a true and correct copy of the foregoing Joint Motion for Final Approval of the Proposed Settlement and the Memorandum of Law in Support of Joint Motion for Final Approval of the Proposed Settlement, Certification of the Settlement Class, and Approval of the Proposed Plan of Allocation has been filed electronically this 2nd day of August, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system by electronically registered counsel. In addition, I caused a true copy of the foregoing to be served via United States first class mail upon the following:

    Jennifer L. Young
    Barry A. Weprin
    Milberg Weiss LLP
    One Pennsylvania Plaza
    New York, NY 10119
    Telephone: (212) 594-5300
    Facsimile: (212) 868-1229

    PACKARD, PACKARD & JOHNSON
    Craig H. Johnson
    2795 E. 2825 Cottonwood Parkway, Suite 500
    Salt Lake City, UT 84121
    Telephone: (801) 428-9000
    Facsimile: (801) 428-9090

    Ronald D. Packard
    Four Main Street, Suite 200
    Los Altos, CA 94022
    Telephone: (650) 947-7300
    Facsimile: (650) 947-7301

    LAW OFFICES OF MICHAEL HUBER
    Michael E. Huber
    8170 South Highland Drive, Suite E5
    Sandy, UT 84093
    Telephone: (801) 733-5807
    Facsimile: (801) 733-0132

    BARRACK, RODOS & BACINE
    Jeffrey W. Golan
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-0600
    Facsimile: (215) 963-0838

LERACH COUGHLIN STOIA
 GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

  "s"/Shannon Elise McClure
  Shannon Elise McClure

- 2 -