JUL-30-2007 16:13                                                                                                    P.07

## ATTENTION CLASS MEMBERS

Enclosed is a court-approved Amended Class Action Settlement Notice regarding a Class Action Settlement reached in *Santiago v. GMAC Mortgage Group, Inc., et al.* This amended notice affects you because you have been identified as a Class Member.

A similar notice was previously mailed to you and other class members, but because of a data error, some notices were addressed to Class Members at the wrong address.

To ensure that you and all other Class Members receive notice as required by the Settlement Agreement, the parties have mailed the enclosed amended notice to all Class Members at their most recent addresses.

You may disregard any previous notice that you received.

You should read the enclosed Amended Class Action Settlement Notice carefully.

DEAR U.S. DISTRICT COURT

This Appears to a NON Sense CLASS ACTION Suit.

Only the Attorneys win?

The Attorneys get $325,000 out of $650,000? Thats 50%! That is Equivalent to working 8 hrs per day for normal annual work days at $163 per hour ———>

JUL-30-2007 16:13                                                                          P.08

JKG

I WANT NO PART OF THIS CLASS ACTION SUIT.

Please do not send me my share of this settlement. $2 NONSense! WAS I damaged by GMAC? NO!

Thomas G. Munro
4710 E. Heard Rd
Phoenix AZ
85032

RECEIVED MAY 30 2007