**CERTIFICATE OF SERVICE**

     I, Jennifer L. Young, hereby certify that a true and correct copy of the foregoing DECLARATION OF JENNIFER L. YOUNG IN SUPPORT OF: (1) THE PARTIES' JOINT MOTION FOR FINAL APPPROVAL OF THE PROPOSED SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF THE PROPOSED PLAN OF ALLOCATION; AND (2) PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES has been filed electronically this 2nd day of August, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system by electronically registered counsel. In addition, I caused a true copy of the foregoing to be served via United States first class mail upon the following:

    REED SMITH LLP
    Robert A. Nicholas
    Louis W. Schack
    Shannon E. McClure
    2500 One Liberty Place
    1650 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 851-8100
    Facsimile: (215) 851-1420

    PACKARD, PACKARD & JOHNSON
    Craig H. Johnson
    2795 E. 2825 Cottonwood Parkway, Suite 500
    Salt Lake City, UT 84121
    Telephone: (801) 428-9000
    Facsimile: (801) 428-9090

    Ronald D. Packard
    Four Main Street, Suite 200
    Los Altos, CA 94022
    Telephone: (650) 947-7300
    Facsimile: (650) 947-7301

    LAW OFFICES OF MICHAEL HUBER
    Michael E. Huber
    8170 South Highland Drive, Suite E5
    Sandy, UT  84093
    Telephone: (801) 733-5807
    Facsimile: (801) 733-0132

    BARRACK, RODOS & BACINE
    Jeffrey W. Golan

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

- 2 -