IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION,<br><br>　　　　　　Defendants. | Civil Action No. 02-4048 |

**PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Plaintiff's Counsel in the above-captioned action, Milberg Weiss LLP; Barrack, Rodos & Bacine; Lerach Coughlin Stoia Geller Rudman & Robbins, LLC; The Law Offices of Michael Huber; and Packard, Packard & Johnson, respectfully move the Court for an award of attorneys' fees and expenses of $325,000.00. The basis for this Motion is fully set forth in the accompanying Memorandum of Law and the Declaration of Jennifer L. Young, which are being filed concurrently herewith.

Dated: August 2, 2007

Respectfully submitted:

MILBERG WEISS LLP

*[signature]*

Jennifer L. Young
Barry A. Weprin
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

BARRACK, RODOS & BACINE
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

LERACH COUGHLIN STOIA
 GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

PACKARD, PACKARD & JOHNSON
Craig H. Johnson
2795 E. 2825 Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 428-9000
Facsimile: (801) 428-9090

Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
Telephone: (650) 947-7300
Facsimile: (650) 947-7301

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
Telephone: (801) 733-5807
Facsimile: (801) 733-0132

*Counsel for Plaintiff*

2