## CERTIFICATE OF SERVICE

     I, Jennifer L. Young, hereby certify that a true and correct copy of the foregoing PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES and supporting memorandum of law have been filed electronically this 2nd day of August, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system by electronically registered counsel. In addition, I caused a true copy of the foregoing to be served via United States first class mail upon the following:

REED SMITH LLP
Robert A. Nicholas
Louis W. Schack
Shannon E. McClure
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

PACKARD, PACKARD & JOHNSON
Craig H. Johnson
2795 E. 2825 Cottonwood Parkway, Suite 500
Salt Lake City, UT 84121
Telephone: (801) 428-9000
Facsimile: (801) 428-9090

Ronald D. Packard
Four Main Street, Suite 200
Los Altos, CA 94022
Telephone: (650) 947-7300
Facsimile: (650) 947-7301

LAW OFFICES OF MICHAEL HUBER
Michael E. Huber
8170 South Highland Drive, Suite E5
Sandy, UT 84093
Telephone: (801) 733-5807
Facsimile: (801) 733-0132

BARRACK, RODOS & BACINE
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

LERACH COUGHLIN STOIA
 GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr.
Timothy G. Blood
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423