IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, | : |
| Plaintiff, | : Civil Action No. 02-4048 |
| v. | : |
| GMAC MORTGAGE GROUP, INC., GMAC RESIDENTIAL HOLDING CORP., and GMAC MORTGAGE CORPORATION, | : |
| Defendants. | : |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss & Bershad LLP has changed its name to Milberg Weiss LLP. The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: August 6, 2007

Respectfully submitted,

MILBERG WEISS LLP

By: _____
Barry A. Weprin
Jennifer L. Young
One Pennsylvania Plaza
New York, New York 10119
212-594-5300

*Counsel for Plaintiffs*