## CERTIFICATE OF SERVICE

I, Jennifer L. Young, hereby certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF LAW FIRM NAME has been filed electronically this 6th day of August, 2007, and is available for viewing and downloading from the federal court's Electronic Case Files system by electronically registered counsel.

Jennifer L. Young