**SUPPLEMENTAL DECLARATION OF ORRAN L. BROWN**

Orran L. Brown, being duly sworn, deposes and says:

1. I am the Chairman of BrownGreer PLC ("BrownGreer"). I have personal knowledge of the facts stated herein.

2. This Supplemental Declaration is submitted to supplement and amend my August 2, 2007 Declaration ("Original Declaration").

3. A total of 1,771 Class Notices and Explanatory Inserts were returned as undeliverable by the post office. The United States Postal Service provided forwarding information for 42 of those Class Notices and Explanatory Inserts returned as undeliverable. Class Notices and Explanatory Inserts were re-mailed to the updated addresses within three business days. Paragraph 6 of the Original Declaration states that 41 Class Notices and Explanatory Inserts were returned as undeliverable with forwarding information. After reviewing our records, we have determined that we re-mailed one additional Class Notice and Explanatory Insert based upon forwarding address information recently provided by the United States Postal Service. Thus, the correct number is 42.

4. Of the 42 Class Notices and Explanatory Inserts which were re-mailed to the forwarding addresses provided by the United States Postal Service, three were again returned as undeliverable with a new forwarding address provided by the United States Postal Service. Class Notices and Explanatory Inserts were again re-mailed within three business days using these three new forwarding addresses provided by the United States Postal Service. These three Class Notices and Explanatory Inserts were ultimately returned as undeliverable this time with no new forwarding address information.

5. After the completion of the re-mailing process, the total number of Class Notices and Explanatory Inserts which were returned as undeliverable with no forwarding address information is 1,732.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant 28 U.S.C. § 1746.

DATED this 6th day of August, 2007.

_____
Orran L. Brown