**MILBERG WEISS**

NEW YORK
LOS ANGELES
TAMPA

August 6, 2007

VIA ECF

The Honorable James Knoll Gardner
United States District Court
Eastern District of Pennsylvania
504 West Hamilton Street, Suite 4701
Allentown, Pennsylvania 18101

      Re:    *Santiago v. GMAC Mortgage Group, Inc, et al.*, No. 02-4048

Dear Judge Gardner:

      As the Court is aware, we represent the Plaintiff in the above-referenced matter. On August 2, 2007, we filed the Declaration of Jennifer L. Young in Support of: (1) The Parties' Joint Motion for Final Approval of the Proposed Settlement, Certification of the Settlement Class, and Approval of the Proposed Plan of Allocation; and (2) Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (the "Declaration"). The Declaration included numerous exhibits, including Exhibit F, which is the subject of this letter.

      Exhibit F is a declaration describing the work performed by Milberg Weiss LLP ("Milberg Weiss") on behalf of Plaintiff and the Class. Exhibit 1 to Exhibit F is a report summarizing Milberg Weiss's lodestar. Due to an error in our accounting system, Exhibit 1 to Exhibit F erroneously states that Edith Kallas performed work on this case when in fact, the work attributed to Edith Kallas was performed by Susan Greenwood. Accordingly, we provide for the Court an Amended Exhibit 1 Lodestar Report and an Amended Exhibit 3, a Milberg Weiss firm biography including Susan Greenwood's biography, both of which are enclosed herewith. Exhibit 1 otherwise accurately summarizes Milberg Weiss's lodestar in this matter.

      We apologize for this inadvertent error and we look forward to appearing before Your Honor tomorrow morning.

                                        Respectfully submitted,

                                        Jennifer L. Young

Enclosures
cc: Defense Counsel