AMENDED EXHIBIT 1
Santiago v. GMAC Mortgage Group, Inc, et al., No. 02-CV-04048
Milberg Weiss LLP
Lodestar: Inception through August 1, 2007

| Name | Title | A | B | C | D | E | F | G | Hours | Hourly Rate ($) | Lodestar ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | | | |
| Blood, Timothy G. | Partner | 1.00 | 0.00 | 0.00 | 0.75 | 0.00 | 0.00 | 1.75 | 3.50 | 550 | 1,925.00 |
| Weprin, Barry A. | Partner | 1.75 | 24.25 | 2.25 | 8.50 | 65.00 | 6.75 | 79.00 | 187.50 | 685 | 128,437.50 |
| Spencer, Michael C. | Partner | 5.00 | 11.25 | 0.00 | 106.50 | 0.00 | 40.00 | 29.25 | 192.00 | 695 | 133,440.00 |
| **Associates** | | | | | | | | | | | |
| Greenwood, Susan | Associate | 11.00 | 1.75 | 0.00 | 91.25 | 0.00 | 7.50 | 24.50 | 136.00 | 340 | 46,240.00 |
| Zeldes, Helen I | Associate | 3.50 | 1.75 | 0.00 | 0.50 | 0.00 | 0.00 | 10.50 | 16.25 | 335 | 5,443.75 |
| Young, Jennifer L. | Associate | 1.00 | 18.75 | 0.00 | 8.75 | 55.25 | 0.75 | 22.50 | 107.00 | 365 | 39,055.00 |
| Sub-totals of Attorneys | | 23.25 | 57.75 | 2.25 | 216.25 | 120.25 | 55.00 | 167.50 | 642.25 | | $354,541.25 |
| **Professional Support Staff** | | | | | | | | | | | |
| Malonzo, Francisco R. | Professional Support Staff | 0.00 | 0.00 | 0.00 | 29.25 | 0.00 | 0.00 | 0.00 | 29.25 | 240 | 7,020.00 |
| Morrison, Kevin | Professional Support Staff | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 16.00 | 215 | 3,440.00 |
| Hutchison, Evan | Professional Support Staff | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | 215 | 1,720.00 |
| Hayden, Brian | Professional Support Staff | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 215 | 1,075.00 |
| Bruineel, Melissa | Professional Support Staff | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 255 | 1,275.00 |
| Willeford, James | Professional Support Staff | 0.00 | 7.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 9.00 | 235 | 2,115.00 |
| Montanino, Lisa | Professional Support Staff | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 235 | 235.00 |
| Michaud, Frantz | Professional Support Staff | 0.25 | 0.00 | 0.00 | 7.75 | 0.25 | 1.75 | 0.00 | 10.00 | 240 | 2,400.00 |
| Thomas, Krista | Professional Support Staff | 2.00 | 0.00 | 0.00 | 11.25 | 0.00 | 0.00 | 0.75 | 14.00 | 170 | 2,380.00 |
| Kreger, Marlo M. | Professional Support Staff | 3.50 | 7.25 | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 11.50 | 195 | 2,242.50 |
| Sub-totals of Professional Support Staff | | 5.75 | 14.25 | 0.00 | 86.00 | 0.25 | 1.75 | 0.75 | 108.75 | | 23,902.50 |
| **Totals** | | 29.00 | 72.00 | 2.25 | 302.25 | 120.50 | 56.75 | 168.25 | 751.00 | | $378,443.75 |

**Task Codes:**
A. Pre-filings Investigation & Pleadings
B. Merits Discovery and Post-filing Fact Investigation
C. Class Cerification
D. Research, Briefs, Pre-trial Motions & Appeals
E. Mediation & Settlement
F. Court Appearances & Preparation
G. Conferences, Interviewsa, Telephone Calls, Meetings & Correspondence