### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS SANTIAGO, on Behalf of Himself and All Others Similarly Situated, </br>        Plaintiffs </br> vs. </br> GMAC MORTGAGE GROUP, INC.; GMAC RESIDENTIAL HOLDING CORP.; GMAC MORTGAGE CORPORATION, </br>        Defendants | Civil Action </br> No. 02-CV-04048 |

### O R D E R

NOW, this 7th day of August, 2007, after hearing held this date upon the Joint Motion for Final Approval of the Proposed Settlement, Certification of the Settlement Class, and Approval of the Proposed Plan of Allocation by plaintiff and defendants and Plaintiff's Counsel's Motion for an Award of Attorney's Fees and Reimbursement of Expenses; at which hearing the undersigned entered an Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees and Reimbursement of Expenses; it appearing that the August 7, 2007 settlement approval Order dismissed the within action with prejudice and resolved all claims against all parties in this action; it further appearing that in the settlement approval Order this court reserved jurisdiction over all matters arising out of the settlement agreement,

  IT IS ORDERED that the Clerk of Court shall mark the within matter closed for statistical purposes.

          BY THE COURT:


          */s/ James Knoll Gardner*
          James Knoll Gardner
          United States District Judge